In re:  
John Anthony Brady  
Wendy M. Brady  
    Debtors

Case No. 13-05822-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: LyndseyPr    Page 1 of 1    Date Rcvd: Apr 17, 2017  
Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.  
4439381      CitiFinancial Servicing LLC,    P.O. Box 70919,    Charlotte, NC 28272-0919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:  
        Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com  
        John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Larry W. Wolf    on behalf of Joint Debtor Wendy M. Brady ephillips@larrywwolf.com  
        Larry W. Wolf    on behalf of Debtor John Anthony Brady ephillips@larrywwolf.com  
        Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                       TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:13-bk-05822-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| John Anthony Brady<br>30 North Street<br>Mc Sherrystown PA 17344 | Wendy M. Brady<br>30 North Street<br>Mc Sherrystown PA 17344 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/17/2017.

Name and Address of Alleged Transferor(s):

Claim No. 7: CitiFinancial Servicing LLC, P.O. Box 70919, Charlotte, NC 28272-0919

Name and Address of Transferee:

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146
Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/19/17

Terrence S. Miller
**CLERK OF THE COURT**