# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JOHN ANTHONY BRADY                      Case No.: 1-13-05822-HWV
WENDY M. BRADY                        Chapter 13
        Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                  **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | BAYVIEW LOAN SERVICING |
| Court Claim Number: | 07 |
| Last Four of Loan Number: | 6747 |
| Property Address if applicable: | 30 NORTH STREET, MCSHERRYSTOWN, PA 17344 |

**PART 2:**                  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $22,735.86 |
| b. | Prepetition arrearages paid by the Trustee: | $35.69 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $35.69 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 16, 2018 Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    JOHN ANTHONY BRADY                 Case No.: 1-13-05822-HWV
    WENDY M. BRADY                    Chapter 13
          Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on February 16, 2018.

JOHN ANTHONY BRADY
WENDY M. BRADY
30 NORTH STREET
MC SHERRYSTOWN, PA  17344


BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD, 5TH FLOOR
CORAL GABLES, FL,  33146


LARRY W. WOLF, ESQUIRE
215 BROADWAY
HANOVER PA,  17331-


Date: February 16, 2018                      s/   Donna Schott
                                                    Charles J. DeHart, III, Trustee
                                                    Standing Chapter 13 Trustee
                                                    Suite A, 8125 Adams Drive
                                                    Hummelstown, PA  17036
                                                    Phone:  (717) 566-6097
                                                    Fax:  (717) 566-8313
                                                    eMail:  dehartstaff@pamd13trustee.com